IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BECKY S. WAKEHOUSE | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV422 |
| | ) | |
| vs. | ) | ORDER TO SHOW CAUSE |
| | ) | |
| THE GOODYEAR TIRE & RUBBER COMPANY, et al. | ) ) ) | |
| Defendants. | ) | |

The records of the court show that on September 1, 2005, letters (Filings Nos. 5, 9 and 10) were sent to:

**C. Marshal Friedman**
**C. MARSHALL FRIEDMAN, P.C.**
1010 Market Street
Thirteenth Floor
St. Louis, MO 63101

**Lisa A. Larkin**
**WILLIAMS, VENKER LAW FIRM**
10 South Broadway
Suite 1600, Equitable Building
St. Louis, MO 63102

**Paul E. Petruska**
**WILLIAMS, VENKER LAW FIRM**
10 South Broadway
Suite 1600, Equitable Building
St. Louis, MO 63102

from the Office of the Clerk directing that they register for the U.S. District Court of Nebraska's Case Management/Electronic Case Filing System ("System").

As of the close of business on December 6, 2005, none of the above attorneys have complied with the request set forth in the letter from the Office of the Clerk.

**IT IS ORDERED** that, on or before **January 9, 2006,** attorneys Friedman, Larkin and Petruska shall register for the System or show cause by written affidavit why they cannot comply with the rules of the court.

Dated this 7th day of December, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge