IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **BECKY S. WAKEHOUSE,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 8:05CV422 |
| | ) | |
| **THE GOODYEAR TIRE & RUBBER COMPANY, et al.,** | ) | ORDER |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the motion for withdrawal of counsel for the defendant, Caterpillar Inc. (Filing No. 118). Michele E. Young states she is leaving the firm of Lamson, Dugan and Murray, LLP, but that another member of the firm with remain as counsel for the defendant, Caterpillar, Inc. The court finds good cause shown for the withdrawal of Michele E. Young as counsel for the defendant, Caterpillar, Inc., pursuant to NEGenR 1.3(f). Upon consideration,

**IT IS ORDERED:**

1. The motion for withdrawal of counsel for the defendant, Caterpillar, Inc., (Filing No. 118) is granted.

2. The Clerk of Court shall stop all electronic notices to Michele E. Young regarding this case.

DATED this 26th day of October, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge