IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **BECKY S. WAKEHOUSE,** | ) | |
| | ) | |
| Plaintiff, | ) | **8:05CV422** |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **THE GOODYEAR TIRE & RUBBER CO.,** | ) | |
| **CATERPILLAR, INC.,** | ) | |
| **TITAN INTERNATIONAL, INC.,** | ) | |
| **TITAN WHEEL CORPORATION** | ) | |
| **OF VIRGINIA,** | ) | |
| **TITAN WHEEL CORPORATION a/k/a** | ) | |
| **TITAN MARKETING SERVICES, INC.,** | ) | |
| **and TITAN WHEEL CORPORATION** | ) | |
| **OF ILLINOIS,** | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the plaintiff's Motion for Continuance (Filing No. 184). The plaintiff seeks a continuance of trial, now scheduled for March 26, 2007. The plaintiff states a continuance is necessary due to discovery disputes with the defendants and a recently filed motion for leave to amend the complaint. The plaintiff failed to propose a particular length of delay or to confer with opposing counsel so they may reach an agreement before requiring court involvement. Accordingly, the plaintiff's motion will be denied, without prejudice. Upon consideration,

**IT IS ORDERED:**

The plaintiff's Motion for Continuance (Filing No. 184) is denied, without prejudice. DATED this 2nd day of February, 2007.

                                                BY THE COURT:

                                                s/ Thomas D. Thalken
                                                United States Magistrate Judge