IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **BECKY S. WAKEHOUSE,** | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV422 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **THE GOODYEAR TIRE & RUBBER COMPANY, et al.,** | ) ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the plaintiff's Motion to Reconsider (Filing No. 218). The plaintiff seeks reconsideration of the court's March 22, 2007 order (Filing No. 216) denying the plaintiff's Motion to Alter Dates to File Amended Complaint (Filing No. 173). The plaintiff argues the court's reasoning in the order was incorrect and the plaintiff clarifies her basis for seeking to amend the complaint when she did.

Pursuant to Nebraska Civil Rule 60.1:

> Motions for reconsideration are disfavored. The court will ordinarily deny such motions in the absence of (1) a showing of manifest error in the prior ruling; or (2) a showing of new facts or legal authority, neither of which could have been brought to the court's attention earlier with reasonable diligence.

NECivR 60.1(c).

The plaintiff alleges no manifest error or new facts or legal authority in support of her position. Further, the court finds no legal justification for reconsideration of the March 22, 2007 order. The plaintiff has until April 9, 2007, to appeal the March 22, 2007 order to Chief Judge Bataillon, pursuant to NECivR 72.2. Upon consideration,

**IT IS ORDERED:**

The plaintiff's Motion to Reconsider (Filing No. 218) is denied.

DATED this 6th day of April, 2007.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge