**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| BECKY S. WAKEHOUSE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 8:05CV422 |
| | ) | |
| THE GOODYEAR TIRE & RUBBER | ) | |
| COMPANY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**<u>ORDER</u>**

Upon motion of Defendant The Goodyear Tire & Rubber Company ("Goodyear"), with no opposition from Plaintiff, and for good cause shown, it is hereby ORDERED that Defendant Goodyear's motion for enlargement of time is GRANTED.  Defendant Goodyear is hereby granted an enlargement of time up to and including April 27, 2007 to file a reply to Plaintiff's opposition to Goodyear's Motion for Summary Judgment.

DATED this 19th day of April, 2007.

BY THE COURT:


s/ Joseph F. Bataillon
Chief United States District Judge