## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **BECKY S. WAKEHOUSE,** ) | |
| ) | **8:05CV422** |
| **Plaintiff,** ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| **GOODYEAR TIRE & RUBBER CO., et al.,** ) | |
| ) | |
| **Defendants.** ) | |

This matter is before the Court on the parties' Notice of Mediation (Filing No. 261). Therein, the parties request certain progression order deadlines be stayed or continued pending the parties' mediation scheduled for September 5, 2007. The motion is granted to the extent that the pretrial disclosure deadline for trial exhibits is extended to **September 14, 2007**, and any motion in limine shall be filed **on or before September 24, 2007.**

**IT IS SO ORDERED.**

DATED this 22th day of August, 2007

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge