IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BECKY S. WAKEHOUSE, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV422 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| THE GOODYEAR TIRE & RUBBER, COMPANY, et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the Plaintiff's Motion For Continuance (Filing No. 274) of the deadline for filing a stipulation of dismissal. The plaintiff requests a thirty day extension of this deadline.

The parties to this lawsuit entered into a proposed settlement of this case. On September 19, 2007, this court imposed a deadline of October 19, 2007 to file a stipulation of dismissal. The plaintiff states the parties' settlement must be approved by Douglas County Court, Probate Division and the earliest date for a hearing on the issue of approval is October 29, 2007. The plaintiff maintains that the other parties to this lawsuit do not object to the present motion. Upon consideration,

**IT IS ORDERED:**

1. The Plaintiff's Motion For Continuance (Filing No. 274) is granted.

2. The parties shall file a joint stipulation for dismissal (or other dispositive stipulation) with the clerk of the court which will fully dispose of the case **on or before November 15, 2007**. If the case is being dismissed, the stipulation shall comply with Fed. R. Civ. P. 41(a)(1)(ii) and shall state whether the dismissal is with or without prejudice.

DATED this 16th day of October, 2007.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge