# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BECKY S. WAKEHOUSE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 8:05-cv-00422 |
| | ) |
| THE GOODYEAR TIRE & RUBBER COMPANY, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER OF DISMISSAL

This cause coming on to be heard on the motion of the parties and the Court being advised that a settlement has been reached concerning all matters in controversy and the parties having presented a stipulation to dismiss signed by counsel for all parties;

IT IS HEREBY ORDERED:

The above entitled cause is hereby dismissed, with prejudice, all costs having been paid and all matters in controversy having been fully settled, compromised and adjourned.

BY THE COURT:

s/ Joseph F. Bataillon
CHIEF DISTRICT COURT JUDGE

Date:   November 28, 2007